# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# (CENTRAL DIVISION)

| | |
|---|---|
| In re:<br><br>CLARK-CUTLER-MCDERMOTT COMPANY, *et al.,* [1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 16-41188 (CJP)<br><br>(Jointly Administered and Substantively Consolidated) |
| Craig R. Jalbert, in his capacity as Liquidating Trustee,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Stein Fibers, Ltd.,<br><br>　　　　　　　　　　Defendant. | Adv. No. 18-04081 |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirely with prejudice. An answer has not been filed.

Dated: September 17, 2018　　　　　　ASK LLP

　　　　　　　　　　　　　　By:　*/s/ Kara E. Casteel*
　　　　　　　　　　　　　　　　　Kara E. Casteel, Esq., MN SBN 0389115
　　　　　　　　　　　　　　　　　*(admitted Pro Hac Vice)*
　　　　　　　　　　　　　　　　　Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
　　　　　　　　　　　　　　　　　2600 Eagan Woods Drive, Suite 400
　　　　　　　　　　　　　　　　　St. Paul, MN  55121
　　　　　　　　　　　　　　　　　Telephone: (651) 406-9665
　　　　　　　　　　　　　　　　　Email: kcasteel@askllp.com

　　　　　　　　　　　　　　　　　*-and-*

---

[1] The Debtors in these Chapter 11 Cases are Clark-Cutler-McDermott Company ("CCM") and CCM Automotive Lafayette LLC ("Lafayette"). As of the Petition Date, CCM's corporate headquarters were located at 5 Fisher Street, Franklin, Massachusetts, 02038. Lafayette, a wholly owned subsidiary of CCM Automotive LLC, had its principal place of business at 1465 Shattuck Industrial Boulevard, Lafayette, Georgia 30728.

Edward E. Neiger, Esq.
151 West 46th Street, 4th Floor
New York, NY 10036
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Craig R. Jalbert, in his capacity as Liquidating Trustee*